UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x
                           :

UNITED STATES OF AMERICA       :   **INDICTMENT**
                           :

        - v. -         :   S1 07 Cr. 315
                           :

ABELARDO LONGAS,          :
    a/k/a "Jairo," and
HENRY PALTA,            :

          Defendants.   :
- - - - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 2 4 2007

        The Grand Jury charges:

        1.   From in or about 1999, up through and including on or about July 6, 2005, in the Southern District of New York, ABELARDO LONGAS, a/k/a "Jairo," and HENRY PALTA, the defendants, and others known and unknown, unlawfully, willfully, and knowingly did combine, conspire, confederate, and agree together and with each other to violate Section 1956(a)(1)(B)(i) of Title 18, United States Code.

        2.   It was a part and an object of the conspiracy that ABELARDO LONGAS, a/k/a "Jairo," and HENRY PALTA, the defendants, and others known and unknown, in an offense involving and affecting interstate and foreign commerce, knowing that the property involved in certain financial transactions represented the proceeds of some form of unlawful activity, would and did conduct and attempt to conduct such financial transactions which in fact involved the proceeds of specified unlawful activity, to wit, the proceeds of illegal narcotics transactions, knowing that

the financial transactions were designed in whole and in part to

conceal and disguise the nature, the location, the source, the

ownership, and the control of the proceeds of the specified

unlawful activity, in violation of Title 18, United States Code,

Section 1956(a)(1)(B)(i).

<u>Overt Acts</u>

3.    In furtherance of the conspiracy, and to effect

the illegal objects thereof, the following overt acts, among

others, were committed in the Southern District of New York:

a.    On or about July 5, 2005, in Manhattan, New

York, a co-conspirator not named as a defendant herein ("CC-1"),

working at the direction of ABELARDO LONGAS, a/k/a "Jairo," the

defendant, attempted to take possession of approximately $580,000

in narcotics proceeds, which had been seized by law enforcement.

b.    On or about July 6, 2005, HENRY PALTA, the

defendant, spoke by telephone about CC-1's attempt to take

possession of approximately $580,000.

(Title 18, United States Code, Section 1956(h).)

**FORFEITURE ALLEGATION**

4.    As a result of committing the money laundering

offense alleged in this Indictment, defendant ABELARDO LONGAS,

a/k/a "Jairo," and HENRY PALTA, the defendants, shall forfeit to

the United States pursuant to Title 18, United States Code,

Section 982, all property, real and personal, involved in the

money laundering offense alleged in this Indictment and all property traceable to such property.

     5.    If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

        a.    cannot be located upon the exercise of due diligence;

        b.    has been transferred or sold to, or deposited with, a third person;

        c.    has been placed beyond the jurisdiction of the Court;

        d.    has been substantially diminished in value; or

        e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

     (Title 18, United States Code, Section 982.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

- v. -

**ABELARDO LONGAS,**
**a/k/a "Jairo," and**
**HENRY PALTA,**

Defendants.

---

**INDICTMENT**

S1 07 Cr. 315

(18 U.S.C. §1956(h).)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*Grace Samarchia Paris*

Foreperson.

---

Post 11-1-87

4/24/07
Filed Ind
Allo. J.