```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/8/07
```

United States District Court
Southern District of New York

---

United States of America,

    vs.　　　　　　　　　　　　　　　　S1 07 Cr. 315 (TPG)

Henry Palta,

    Defendant.

------------------------------------------------

New York, New York

    On the application of Susan J. Walsh, attorney for Defendant, Henry Palta, made with the consent of the Government, it is hereby Ordered:

    The Defendant's bail conditions which *inter alia*, restrict his travel to locations within the Southern District of New York are hereby temporarily modified for the date of June 12, 2007 or any other single day as permitted by the offices of Pre-trial Services monitoring Mr. Palta, to permit Defendant to travel to Newark, New Jersey for the purposes of retrieving his identification and other personal items at the offices of the Drug Enforcement Agency.

                                        So Ordered

                                          */s/ Thomas P. Griesa*
                                          Hon. Thomas P. Griesa

Dated: June 7, 2007