Susan J. Walsh, Esq.
MOSKOWITZ & BOOK, LLP
1372 Broadway, Suite 1402
New York, New York 10018
(212) 221-7999

Attorneys for Defendant Henry Palta

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | S1 07 Cr. 315 |
| - v - | |
| ABELARDO LONGAS, a/k/a "Jairo," and HENRY PALTA, | **NOTICE OF APPEARANCE** |
| Defendants. | |

    PLEASE TAKE NOTICE that Moskowitz & Book, LLP, hereby enters an appearance as counsel for defendant Henry Palta and hereby requests that all papers in this action be served upon the undersigned at 1372 Broadway, Suite 1402, New York, New York 10018, (212) 221-7999.

Dated: New York, New York
       June 12, 2007

                              MOSKOWITZ & BOOK, LLP

                              Attorneys for Defendant
                                Henry Palta

                              1372 Broadway, Suite 1402
                              New York, NY 10018
                              (212) 221-7999

                              By: _____
                                  Susan J. Walsh, Esq.