**MEMO ENDORSED**

# MOSKOWITZ & BOOK, LLP
ATTORNEYS AT LAW

SUSAN J. WALSH
PARTNER

1372 BROADWAY, 14TH FLOOR
NEW YORK, NEW YORK 10018
(212) 221-7999
FAX: (212) 398-8835
swalsh@moskowitzandbook.com

Hon. Thomas P. Griesa                                    June 15, 2007
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Henry Palta* S1 07 Cr 315

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/07

Dear Judge Griesa:

   I am writing to memorialize my request that the conference originally scheduled for June 14th at 4:00 pm be rescheduled until August 28, 2007 at 4:30 pm.

   The discovery has not yet been produced to the defense and because there are apparently numerous wire-tap tapes in the Spanish language, the defense will need time to review them and consider motions prior to the next conference.

   Accordingly, counsel for both defendants consent to the exclusion of time under the Speedy Trial statute.

                                          Respectfully submitted,

                                          Susan J. Walsh

cc: Joyce David, Esq
    (Attorney for Longas)

    AUSA Dan Stein

Adjournment Granted
Time Excluded under Speedy Trial Act
SO ORDERED:
_____KMB (Part I)_____
RICHARD M. BERMAN U.S.D.J.
6/27/07

RECEIVED JUN 18 2007 CHAMBERS OF JUDGE GRIESA