**MOSKOWITZ & BOOK, LLP**
ATTORNEYS AT LAW

**MEMO ENDORSED**

SUSAN J. WALSH
PARTNER

1372 BROADWAY, 14TH FLOOR
NEW YORK, NEW YORK 10018
(212) 221-7999
FAX: (212) 398-8836
swalsh@moskowitzandbook.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/07

Hon. Thomas P. Griesa
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

November 19, 2007

Re: *United States v. Henry Palta* S1 07 Cr 315

Dear Judge Griesa:

    I am writing to request that the Court enter the proposed bail modification Order for my client Henry Palta. This application is made on consent of the United States Government, AUSA Dan Stein.

    At the original bail hearing the parties agreed to a bail package to release Mr. Palta on a $200,000 personal recognizance bond secured by himself, his wife and one other financially secure individual. An additional condition of his release was that he be monitored by pre-trial services electronically. At the time the parties also agreed, that should Mr. Palta have property to post in lieu of the electronic monitoring, the Government agreed to substitute the electronic monitoring with the property. I have forwarded the enclosed affidavit of confession of judgment substituting property for the release of Mr. Palta in lieu of the electronic monitoring.

    I have enclosed a proposed Order for the Court's consideration to modify the conditions of bail, without the necessity of a court appearance.

    AUSA Dan Stein, on behalf of the Governement, consents to this request.

Respectfully submitted,

Susan J. Walsh

cc: AUSA Dan Stein

*approved,*
*Thomas P. Griesa*
*USDJ  11/20/07*