Susan J. Walsh, Esq.
MOSKOWITZ & BOOK, LLP
1372 Broadway, Suite 1402
New York, New York 10018
(212) 221-7999

Attorneys for Defendant Henry Palta

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------

UNITED STATES OF AMERICA

    - v -

ABELARDO LONGAS, a/k/a "Jairo,"
and HENRY PALTA,

            Defendants.
------------------------------------

S1 07 Cr. 315

ORDER

NEW YORK )
NEW YORK )

    UPON THE APPLICATION OF SUSAN J. WALSH, ESQ., Moskowitz and Book, LLP, it is hereby Ordered:

    Bail for Defendant HENRY PAHLTA having previously set at $200,000 Personal Recognizance Bond;

    Secured by the signatures of the Defendant, Palta, his wife, and one other financially responsible individual;

    Conditioned on strict, pre-trial supervision including home monitoring via an electronic ankle bracelet;

    Whereas the parties have agreed at the outset to substitute the electronic home monitoring and strict pre-trial supervision should property be posted as a condition of bail in the alternative,

    Whereas, Ernesto P. Estevez and Natalia Estevez have signed and surrendered an affidavit of confession of judgment on their home in the amount of $125,000 to be filed confessing judgment to the United States Government on their marital home located at 843 Summit Road, Pocono Summit, Monroe County,

Pennsylvania 18346 to secure the return of the Defendant Henry Palta to Court,

    IT IS HEREBY ORDERED, that the bail conditions of the Defendant Henry Palta be forthwith modified, to release him from home confinement and electronic monitoring and that the secured property be substituted on consent of the Government as the alternate method of securing the attendance of the defendant.


Dated: New York, New York
       November 20, 2007

*/s/ Thomas P. Griesa*
Hon. Thomas P. Griesa