UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA,

- against –

ALBELARDO LONGAS,
a/k/a "Jairo"  and

HENRY PALTA,
                      Defendants.
------------------------------------------------------X

NOTICE OF MOTION
S1 07 Cr 315

**PLEASE TAKE NOTICE** that upon the annexed affirmation of SUSAN J. WALSH, ESQ. and the Exhibits and Memorandum of Law submitted herewith, the defendant **HENRY PALTA**, will move before the **Honorable Thomas P. Griesa,** United States Courthouse at 500 Pearl Street, New York, New York for an order pursuant to Rule 12(b)(3)(c) of the Federal Rules of Criminal Procedure, and the Fifth and Sixth Amendments to the United States Constitution, suppressing statements and granting any other relief this Court deems to be just and proper.

Dated:     New York, New York
            March 12, 2008

                                          Respectfully submitted,

                                          Susan J. Walsh, Esq. (SW 9938)
                                          Moskowitz and Book, LLP
                                          1372 Broadway, Suite 1402
                                          New York, New York 10018
                                          (212) 221- 7999

Cc: AUSA Daniel Stein
United States Attorney's Office
Southern District of New York
One St. Andrews Plaza
New York, New York 10007