**EXHIBIT A**

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION (Continuation) | 1. File No. ▮ | 2. G-DEP Identifier ▮ |
|---|---|---|
| | 3. File Title ▮ | |
| 4. Page 2 of 3 | | |
| 5. Program Code  NYNYS473H | 6. Date Prepared  04/26/07 | |

    agents and also gave a verbal consent to search his residence. During the initial questioning of Longas, he denied that he was involved in any money laundering activities. He acknowledged that his cousin was Oscar Palacios and that he had recently been extradited to the U.S. from Colombia on drug charges. Longas then said that he would like to continue talking to the agents, but that he wanted to meet with an attorney first. At this time, agents terminated their interview of Longas. As a result of Longas' arrest, his cellular telephone - (718)744-7699-, Exhibit N-187, and miscellaneous records, Exhibit N-188, were seized as evidence.

5. Agents then responded to the residence of Henry Palta for the purpose of locating and arresting Palta. Agents located Palta outside his residence, 10-29 115th St., College Point, Queens, NY, and placed him under arrest without incident. Palta was Mirandized by S/A Miguel Carrera as witnessed by TFO Recinos and S/A Post. Upon arriving back at the New Jersey Division, S/A's Post and Carrera began questioning Palta. The agents played a conversation which was recorded on Exhibit N-118 on July 6, 2005. The agents asked Palta if he recognized the voices on the recording. Palta said that he recognized the one voice as his own, but that he didn't recognize the voice of the person he was talking to.

6. The agents then asked Palta if he remembered making the call. He said that he did. Palta said that a Colombian male named Gabriel called him from Colombia and told him to call the Colombian male who he said was called "Jota". Palta said that he never met Jota. S/A Post asked Palta if he was sure that Gabriel had called him direct and given him the instructions to call Jota, or if Gabriel had actually called Longas and told him what to do. Palta acknowledged that Gabriel had actually called Longas first with the instructions on what to do, and that Longas had directed him to make the call to Jota. Palta said that Longas was his supervisor. Palta said the reason for the call was to find out what had happened to William. Palta said that William was Longas' nephew and that he also knew him as Julian.

DEA Form -6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | [redacted] | [redacted] |
| | 3. File Title | |
| | [redacted] | |
| 4. Page 3 of 3 | | |
| 5. Program Code: NYNYS473H | 6. Date Prepared: 04/26/07 | |

7. Palta said that they feared that William had either been kidnapped or arrested. Palta said that they learned that William had been arrested. Palta was asked what William had been doing when he disappeared. Palta said that he was picking up money and that the people in Colombia were worried because nobody had heard from him. Palta was asked who William had been working for when he disappeared. Palta said that Longas was the boss who received his instructions from Colombia and that he worked directly under Longas. Palta was asked to elaborate on how long he had been involved in money laundering activities with Longas and William. Palta said that this was the first time he was involved in money laundering. Agents terminated the interview at this time. Palta's cellular telephone, (917) 442-6102, was seized from him at the time of his arrest and submitted as Exhibit N-189.

DEA Form - 6a (Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.