# M&B

## MOSKOWITZ & BOOK, LLP

Susan J. Walsh
Partner
SWalsh@moskowitzandbook.com

1372 Broadway, Suite 1402
New York, NY 10018
Phone: (212) 221-7999
Fax: (212) 398-8835
www.moskowitzandbook.com

July 16, 2008

Hon. Thomas P. Griesa
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/08

RECEIVED
JUL 21 2008
CHAMBERS OF
[JUDGE GRIESA]

Re:   United States v. Henry Palta, et al.
      S1 07 Cr. 315 (TPG)

Dear Judge Griesa:

I am the court-appointed attorney for Henry Palta in the referenced case.

This letter is respectfully submitted that the Court authorizes me to retain a translator two audio tapes from Spanish to English; the tapes are necessary in preparing Mr. Palta's defense 18 U.S.C. 1956 (h).

I have spoken to Vivian B. Goa, a court-approved translator, and she has advised me that she is available to translate the tapes. Ms. Goa's rate is $60 per hour and estimated time is 4.5 hours.

For the convenience of the court, I am enclosing a proposed order authorizing the retention of Ms. Goa. If the proposed order is acceptable to the Court, please return a signed copy to me at the Court's earliest convenience.

Thank you in advance for your consideration of these requests.

Respectfully submitted,

Susan J. Walsh

Encl.