USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

  - against -

HENRY PALTA, et al

                Defendants.

07 Cr. 315 (TPG)

~~PROPOSED~~ ORDER

    Upon the application of the defendant Henry Palta by his attorney, Susan J. Walsh, Esq., and good cause having been shown, it is hereby

    ORDERED, that counsel for Henry Palta is hereby authorized to retain Vivian B. Goa to serve as a translator in this case. It is hereby further

    ORDERED, that the reasonable fees charged by Ms. Goa shall be paid in accordance with the regulations of the Criminal Justice Act.

Dated: New York, New York
       7/24, 2008

                              SO ORDERED:

                              _____
                                          U.S.D.J.