# M&B

## MOSKOWITZ & BOOK, LLP

Susan J. Walsh
Partner
SWalsh@moskowitzandbook.com

1372 Broadway, Suite 1402
New York, NY 10018
Phone: (212) 221-7999
Fax: (212) 398-8835
www.moskowitzandbook.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/08

July 24, 2008

JUL 28 2008

Hon. Thomas P. Griesa
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    United States v. Henry Palta, et al.
       S1 07 Cr. 315 (TPG)

Dear Judge Griesa:

I am counsel for the defendant Henry Palta in the above-captioned case.

I am writing on behalf of my client to request permission for him to travel outside of the Southern District of New York to Pennsylvania for the weekend.

On the weekend of Friday August 15 through the 17th, my client would like permission to travel to 843 Summit Road, Pocono Summit, Pennsylvania with his wife and children to visit overnight, with very close family friends, Mr. Ernesto Estevez and his family. Mr. Estevez is a surety on Mr. Palta's bail and has pledged his own property with an executed confession of judgment in the amoung of $125,000 to secure Palta's bail. Apparently it is a summer, family celebration marking the birthday of Mr. Estevez's four year old son.

Since his arrest Mr. Palta has been restricted from travel within the Southern District of New York. He has had no problems in terms of his compliance with his bail conditions and reporting to pre-trial services.

I have spoken with his pre-trial services officer and the Government who have no objection to this request.

Approved. Thomas P. Griesa USDJ 8/4/08

Hon. Thomas P. Griesa
July 14, 2008


        Thank you in advance for your consideration of this
request.

                            Respectfully submitted,


                            Susan J. Walsh

Cc:  Dan Stein, AUSA