## M&B
### MOSKOWITZ & BOOK, LLP

Susan J. Walsh
Partner
SWalsh@moskowitzandbook.com

1372 Broadway, Suite 1402
New York, NY 10018
Phone: (212) 221-7999
Fax: (212) 398-8835
www.moskowitzandbook.com



August 4, 2008

Hon. Thomas P. Griesa
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
By Mail and By ECF



Re: *United States v. Longas and Palta*, S1 07 Cr. 315 (TPG)

Dear Judge Griesa:

I represent Henry Palta in the above captioned matter and write to this Court for two reasons. First, my client was granted permission to travel to Pennsylvania the weekend of August 15 – 17th 2008, but due to vacation scheduling conflicts in his workplace he respectfully requests a change in the dates. As an alternative, Mr. Palta would like to make the weekend trip this weekend, August 8 -10, 2008 to accommodate co-workers at his place of work. Neither pre-trial services nor the AUSA have any objection to his request to travel.

Second, since his arrest my client has been on strict pre-trial supervision which requires weekly reporting, as well as drug testing. I have spoken to his pre-trial services officer and understand that Mr. Palta has been exceptional in his reporting and responsiveness to pre-trial services to the extent that intensive, strict supervision is no longer necessary. I understand from pre-trial services, as well as AUSA Daniel Stein, that there is no objection to changing my client's bail status to regular pre-trial supervision. Accordingly, I request that his pre-trial status be modified to allow for regular reporting to the office of pre-trial services.

Thank you for your time and attention to this matter.

Sincerely,

Susan J. Walsh

cc: AUSA Dan Stein

*Approved, so ordered*
*Thomas P. Griesa*
USDJ 8/7/08